# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD., BAUSCH & LOMB, INC. and BAUSCH & LOMB PHARMA HOLDINGS CORP.  )<br><br>Plaintiffs,  )<br>v.  )<br>AKORN, INC.  )<br>Defendant.  ) | Civil Action No. 1:13-cv-06080 (PAC) |

## JOINT STATUS SUBMISSION

In accordance with the Court's instruction (D.I. 20), Plaintiffs Senju Pharmaceutical Co. Ltd., Bausch & Lomb, Inc. and Bausch & Lomb Pharma Holdings Corp., and Defendant Akorn, Inc. submit the following case status report.

Plaintiffs filed the above captioned action on August 28, 2013. The parties twice jointly requested adjournment of the Initial Pretrial Conference because of their intention to resolve this matter amicably. (*See* D.I. 17, D.I. 19.) The parties' adjournment requests were granted by the Court on January 3, 2014 (D.I. 18) and March 13, 2014 (D.I. 20), at which time the Court ordered the parties to submit a status report on May 8, 2014.

Since the prior request for an adjournment, there have been ongoing discussions between the parties. The parties respectfully request a further adjournment and subsequent status report submission because they continue to believe that it may be possible to resolve this matter amicably without further intervention of the Court.

Dated:  May 8, 2014                                  **ROPES & GRAY LLP**


  /s/ Christopher J. Harnett
Christopher J. Harnett
Pablo D. Hendler
Sona De
Hassen A. Sayeed
1211 Avenue of the Americas
New York, New York 10036
Phone: (212) 596-9000
christopher.harnett@ropesgray.com
pablo.hendler@ropesgray.com
sona.de@ropesgray.com
hassen.sayeed@ropesgray.com

Hiroyuki Hagiwara
Yusen Building 2F
3-2 Marunouchi 2-Chome
Chiyoda-ku, Tokyo 100-0005
Japan
Phone: +81-3-6259-3500
hiroyuki.hagiwara@ropesgray.com

*Attorneys for Plaintiff*
 *Senju Pharmaceutical Co., Ltd.*

Dated:  May 8, 2014                                  **GIBBONS P.C.**


  /s/ Elvin Esteves
Elvin Esteves
William Deni
One Gateway Center
Newark, New Jersey 07102-5310
Phone: (973) 596-4500
eesteves@gibbonslaw.com
WDeni@gibbonslaw.com

Of Counsel:

**FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, LLP**

-3-

        Bryan C. Diner
        Justin J. Hasford
        Jessica Lebeis
        901 New York Avenue, NW
        Washington, DC  20001-4413
        Phone: (202) 408-4000
        bryan.diner@finnegan.com
        justin.hasford@finnegan.com
        jessica.lebeis@finnegan.com

*Attorneys for Plaintiffs*
 *Bausch & Lomb Incorporated and*
*Bausch & Lomb Pharma Holdings Corp.*

Dated:  May 8, 2014        **POLSINELLI PC**


        _/s/ Gary E. Hood_____
        Gary E. Hood
        Mark T. Deming
        161 North Clark Street, Suite 4200
        Chicago, IL 60601
        Phone: (312) 819-1900
        ghood@polsinelli.com
        modeming@polsinelli.com

*Attorneys for Defendant*
 *Akorn, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on May 8, 2014.

           /s/ Christopher J. Harnett
           Christopher J. Harnett